HART, Jr., and others v. THAYER.

*Circuit Court, S. D. New York. June, 1884.)*

Points in dispute decided in preceding case of *Thayer* v. *Hart.*

In Equity.

*Frederic H. Betts* and *C. Wyllys Betts*, for complainants.

*Josiah P. Fitch*, for defendant.

COXE, J. This action involves the same patents examined in *Thayer* v. *Hart, ante,* 693. Infringement is admitted, and the question of prior invention alone is involved. The result reached in that action disposes of this also.

There should be a decree for an injunction and an account, with costs.